Byde Morton, an Infant, by Catherine Morton, Her Guardian ad Litem, Respondent, v. William Knipe, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the authority of *Morton* v. *Knipe* (*ante*, p. 94), decided herewith. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Katharina Pretscher, Respondent, v. Conrad Belloff and Helena Belloff, Appellants.— Controversy dismissed, without costs to either party. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. John C. Quigley and James McCormick, Appellants.— Judgment of the County Court of Kings county affirmed. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Maria E. Hatfield, Appellant, v. Edward J. Dooley, as President of the Board of City Magistrates, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Thomas Leonard, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Annie Shelley, Appellant, v. The Westchester Lighting Company, Respondent.— Interlocutory judgment sustaining demurrer reversed on the authority of *Hoch* v. *Brooklyn Borough Gas Co.* (117 App. Div. 882), with leave to the defendant to answer within twenty days upon payment of costs. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Morris Sirkes, Respondent, v. William McCormack, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Albert J. Squier, Respondent, v. Walter J. Salomon, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Lulu C. Townsend, Respondent, v. Irving Townsend, Appellant.— Order modified on argument by reducing the counsel fee to $250, and as so modified affirmed, without costs. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

David Vint, as Administrator, etc., of John R. Vint, Deceased, Respondent, v. Coney Island and Brooklyn Railroad Company, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.